IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHARLES HARRINGTON**,

**Plaintiff,**

v.

**CONSUMER COLLECTION MANAGEMENT, INC.,**

**Defendant.**                                     No. 11-0550-DRH

### ORDER

**HERNDON, Chief Judge:**

On November 16, 2011, the parties filed a stipulation of dismissal with prejudice (Doc. 18). Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action with each party to bear its own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 17th day of November, 2011.

Digitally signed by David R. Herndon
Date: 2011.11.17 09:56:03 -06'00'

**Chief Judge
United States District Court**