IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHARLES HARRINGTON**,

Plaintiff,

v.

**CONSUMER COLLECTION MANAGEMENT, INC.**,

Defendant.                                                              No. 11-CV-0550-DRH

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on stipulation of dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 17, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sandy Pannier*
           **Deputy Clerk**

Dated:  November 17, 2011

Digitally signed by David R. Herndon
Date: 2011.11.17 09:59:01 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT